No. 04–8372.  JONES v. BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–8376.  BAZE v. PARKER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–8378.  CUNNINGHAM v. OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 04–8379.  SOTO v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 04–8385.  MOUSSAOUI v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–8390.  SALGADO v. GARCIA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–8391.  YOUNG v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 04–8408.  ROWLAND v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–8410.  JEEN YOUNG HAN v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 3.  Certiorari denied.

No. 04–8416.  FISHER v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 04–8417.  FARR v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 04–8418.  HENRY v. GONZALES, ATTORNEY GENERAL, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 04–8419.  GRIMES v. FOWLER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–8426.  MATTIS v. DEPARTMENT OF JUSTICE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–8430.  NUNEZ SANCHEZ v. GARCIA, WARDEN.  C. A. 9th Cir.  Certiorari denied.